# United States Court of Appeals
## For the Eighth Circuit
_____

No. 24-1327
_____

Christian Construction Inc.

*Plaintiff*

James C. Parnell

*Plaintiff - Appellant*

v.

Heather Owens, Assistant City Attorney; Mike McQuay, Code Enforcement; City of Jonesboro, Municipality; Harold Copenhaver, Mayor, City of Jonesboro

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas
_____

Submitted: December 2, 2024
Filed: December 10, 2024
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Arkansas resident James Parnell appeals following the district court's[1] dismissal of his claims in this civil rights action. After careful consideration of the record and the parties' arguments on appeal, we conclude that the district court properly dismissed Parnell's claims for failure to state a claim. *See Levy v. Ohl*, 477 F.3d 988, 991 (8th Cir. 2007) (dismissal for failure to state a claim is reviewed de novo). We also discern no error in the district court's decision not to recuse itself. *See United States v. Sypolt*, 346 F.3d 838, 839–40 (8th Cir. 2003) (discussing the standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.